UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DREAM TEAM ENTERTAINMENT, LLC                                          PLAINTIFF

v.                                                                                          3:14-CV-692-CRS

FIFTH AMENDMENT ENTERTAINMENT, et al.                           DEFENDANTS

### MEMORANDUM OPINION AND ORDER

This matter is before the court on motion of the plaintiff, Dream Team Entertainment, LLC, for default judgment against defendant, Jayceon "The Game" Taylor, in this action alleging breach of contract and conversion of funds. Taylor was served with summons and a copy of the complaint on January 18, 2015. He failed to appear or answer the complaint. The clerk of court entered default against Taylor on April 23, 2015. Although Dream Team also named Fifth Amendment Entertainment and Cash Jones as defendants in the case, there is nothing in the record indicating that they have been served.

Dream Team has moved for entry of default judgment, tendering with the motion an affidavit of counsel in support. There is no accompanying memorandum nor is there any documentation to support the damages claimed in counsel's affidavit.

The complaint alleges that on April 11, 2014 the parties executed an agreement engaging Taylor for a concert performance in Louisville on May 4, 2014 during the Kentucky Derby Festival. Complaint ("Compl."), p. 2, ¶ 6. A four-page agreement is attached to the complaint as an exhibit. Dream Team states that it submitted a bank wire transfer to the defendants in the

amount of $35,000.00 in consideration for Taylor's commitment. Compl., p. 2, ¶ 8. A review of the agreement evidences that Taylor, referred to as "The Game" on sequential unnumbered page 2 headed "<u>EXHIBIT A -- SERVICES/COMPENSATION,</u>" was guaranteed $55,000, and required a deposit of $35,000.00, with the balance to be paid "1 hour prior in CASH." Compl., Ex., p. 2. The complaint alleges that after the execution of the agreement, Dream Team "invested a significant amount of resources planning, promoting, marketing and organizing the Event...Plaintiff entered into a facility rental agreement…and paid the applicable rental fee…Plaintiff…reserved…hotel accommodations…" Compl., p. 3, ¶¶ 11-14.

Dream Team alleges that "Cash Jones made an eleventh-hour determination that The Game would not travel to Louisville and would not perform at the Event, materially breaching the Agreement between the Parties." Compl., p. 3, ¶ 17. Dream Team claims that the breach caused it to suffer loss of the deposit, lost income from ticket sales, loss of funds expended to plan, promote and market the event and loss of goodwill. Compl., p.4, ¶ 26. It also claims entitlement to a cancellation fee. *Id.* It further alleges conversion of the $35,000.00 deposit which was purportedly not refunded. Compl., p. 3, ¶ 18; p. 5, ¶ 31.

The motion for default judgment seeks to hold Taylor liable for breach of contract and conversion. Dream Team is entitled to a default judgment of liability as Taylor has failed to controvert the allegations against him.

The affidavit also seeks the aggregate sum of $280,000.00 which the court cannot grant in its entirety. The $35,000.00 deposit is specified in the complaint and it is uncontroverted that it was paid by wire transfer upon the execution of the agreement. Compl., ¶¶ 8; 35. However, none of the remaining sums can be verified, and no such sums are detailed in the complaint.

The affidavit seeks "an agreed upon cancellation fee of $75,000.00," a sum which does not appear in the contract. There is nothing whatsoever to support estimated lost income from ticket sales in the amount of $160,000.00, nor is any of the $10,000.00 in funds purportedly expended to plan, promote and market the Event and "loss of goodwill" documented in any respect. The affidavit of counsel is insufficient to support the claim for the additional $245,000.00 sought over and above the $35,000.00 wire transfer deposit which is admitted by default.

Therefore, motion having been made and the court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the plaintiff, Dream Team Entertainment, LLC, for default judgment against defendant Jayceon "The Game" Taylor (DN 8) is **GRANTED.** Default judgment will be entered against Taylor in the sum of $35,000.00 by separate order.

December 17, 2015

**IT IS SO ORDERED.**

Charles R. Simpson III, Senior Judge
United States District Court

cc:  Counsel of Record
Jayceon "The Game" Taylor, 1547 Hillcrest Avenue, Glendale, CA 91202
Jamal Hassan Cooper, Sr., Fifth Amendment Entertainment, Inc., 4031 W. 129th St., #6, Hawthorne, CA 90250
Edith L. Wilson, Fifth Amendment Entertainment, Inc., 38712 Annette Avenue, Palmdale, CA 93536
Cash Jones, 39716 Tesoro, Palmdale, CA 93551